IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:99CR76 |
| v. | ) | |
| ALLEN JOHNSON, | ) | ORDER |
| Defendant | ) | |

On December 19, 2008, the defendant appeared with counsel for a hearing on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 65 ). Defendant was present and represented by Jeffrey L. Thomas. Plaintiff was represented Susan T. Lehr, Assistant United States Attorney. The defendant admitted allegation numbers 1, 2, 3, and 4 contained within the Petition are true and the Court found the defendant to be in violation of conditions of his supervised release. As the defendant had now complied, the Court dismissed allegation number 5. The Court then proceeded to a dispositional hearing. Accordingly,

IT IS ORDERED that the defendant's supervised release is hereby revoked and the defendant's period of Supervised Release is extended six (6) months from today's date. All terms and conditions of the defendant's original of Supervised Release are in effect. The Court accepts that the defendant has complied with his community service requirement and no additional hours are ordered.

DATED this 19th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court